IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PAMELA G. SMITH,

      Plaintiff,

v.                                        CASE NO. 5:11-cv-147-RS-CJK

MICHAEL J. ASTRUE,
**Commissioner of Social Security,**

      Defendant.

_____/

<u>**ORDER**</u>

Before me are the Magistrate Judge's Report and Recommendation (Doc. 23) and Petitioner's Objections (Doc. 24).  I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The applications for disability insurance benefits and supplemental security income are **DENIED**, and the Commissioner's decision is **AFFIRMED**.

3. The clerk is directed to close the file.

**ORDERED** on July 23, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**